In the Matter of Garet Andrew Arthur BROWN, a minor, Gary Brown, individually, and Garet Andrew Arthur Brown, by next friend, Gary Brown, Petitioners/Respondents,

v.

### Vicki GARNER–KIGHT, Respondent/Appellant.

### No. ED 73692.

Missouri Court of Appeals, Eastern District, Southern Division.

Dec. 22, 1998.

Michael H. Maguire, Johnson, Montgomery & Maguire, Cape Girardeau, for appellant.

Kevin E. Phillips, Cape Girardeau, for respondent.

Before ROBERT G. DOWD, Jr., C.J., KATHIANNE KNAUP CRANE, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

This is an appeal from a judgment modifying child custody and awarding physical and legal custody of a child to the child's father. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron,* 536 S.W.2d 30, 32 (Mo. banc 1976).

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a written memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).